UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:14-cv-00203-T-33MAP

------------------------------------------------------------------------x
GENERATION Z EDUCATION HOLDINGS INC.,            :
                                                 :
                    Plaintiff,                   :
                                                 :
    vs.                                          :
                                                 :
LANGUAMETRICS, INC.                              :
f/k/a LANGUAMETRICS, LLC,                        :
                                                 :
                    Defendant.                   :
------------------------------------------------------------------------x

**<u>MOTION FOR ADMISSION PRO HAC VICE
AND WRITTEN DESIGNATION AND CONSENT TO ACT</u>**

Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, Plaintiff, GENERATION Z EDUCATION HOLDINGS INC. ("Plaintiff" or "Generation Z"), hereby moves for an order permitting attorney Jyotin Hamid to appear *pro hac vice* on its behalf and states as follows:

1. This motion is made on behalf of attorney Jyotin Hamid of the law firm of Debevoise & Plimpton LLP, 919 Third Avenue, New York, New York 10022, (Phone: 212.909.1031; Fax: 212.909.6836; and E-Mail Address: jhamid@debevoise.com.

2. Mr. Hamid and the law firm of Debevoise & Plimpton LLP represent Plaintiff in the above-styled action. Arlene K. Kline of Akerman LLP is also representing Plaintiff in this litigation.

3. Mr. Hamid is not admitted to practice in the Middle District of Florida and is licensed to practice law in the State of New York, the United States Court of Appeals for the

First Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Seventh Circuits, the United States District Court for the Southern District of New York, the United States District Court for the Northern District of New York, and the United States District Court for the Eastern District of New York. Mr. Hamid is an active member in good standing in each of those jurisdictions. Mr. Hamid's New York Bar number is 3000874. Mr. Hamid has never been the subject of a disciplinary action by the Bar or court of any jurisdiction.

4. Mr. Hamid has not appeared frequently nor regularly in cases pending before the United States District Court for the Middle District of Florida.

5. Mr. Hamid is familiar with the local rules of this Court and the Code of Professional Responsibility and other ethical limitations and requirements governing the professional behavior of members of the Florida Bar.

6. Mr. Hamid designates Arlene K. Kline and the law firm Akerman LLP, 222 Lakeview Avenue, Suite 400, West Palm Beach, Florida 33401, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

7. Through her signature below, Arlene K. Kline of the law firm Akerman LLP hereby consents to such designation.

8. In accordance with Local Rule 2.02(a), Mr. Hamid has filed a Special Admission Attorney Certification form with the Middle District Clerk of Court and paid the requisite fee on or about January 30, 2014.

**WHEREFORE,** Plaintiff respectfully moves this Court to enter an Order allowing

Jyotin Hamid to appear before this Court for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Mr. Hamid.

Dated:   January 29, 2014            Respectfully submitted,

By: /s/Arlene K. Kline
    ARLENE K. KLINE
    Florida Bar No. 104957
    E-mail:  arlene.kline@akerman.com
    **AKERMAN LLP**
    222 Lakeview Avenue, Suite 400
    West Palm Beach, Florida  33401
    Telephone:  (561) 653-5000
    Facsimile:   (561) 659-6313

--and--

SCOTT T. SILVERMAN
Florida Bar No. 21709
E-mail:  scott.silverman@akerman.com
**AKERMAN LLP**
401 E. Jackson Street, Suite 1700
Tampa, FL 33602
Telephone:  (813) 223-7333
Facsimile:  (813) 223-2827

*Of counsel (Pro Hac Vice pending):*

**DEBEVOISE & PLIMPTON LLP**
JEFFREY S. JACOBSON
JYOTIN HAMID
TRICIA B. SHERNO
E-mail:  jsjacobs@debevoise.com
E-mail:  jhamid@debevoise.com
E-mail:  tbsherno@debevoise.com
919 Third Avenue
New York, New York 10022
Telephone:  (212) 909-6000
Facsimile:  (212) 909-6836
*Counsel to Plaintiff Generation Z Education Holdings Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and that a true and correct copy of the foregoing will be served via U.S. Mail on Defendant, Languametrics, Inc. f/k/a Languametrics, LLC, c/o Registered Agent, Louis R. Montello, 2750 NE 185th Street, Suite 201, Aventura, FL 33180.

          /s/Arlene K. Kline  
          ARLENE K. KLINE  
          Florida Bar No. 104957