UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GENERATION Z EDUCATION
HOLDINGS, INC.,

    Plaintiff,

v.        Case No. 8:14-cv-00203-T-33MAP

LANGUAMETRICS, INC. f/k/a
LANGUAMETRICS, LLC,.

    Defendant.
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a proceeding has been scheduled in the above-styled cause for the date, time, and place set forth below. Please govern yourselves accordingly.

DATE: Friday, February 7, 2014

TIME: 10:30 a.m.

PLACE: **Chambers**, **Honorable Mark A. Pizzo**, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 11B, Tampa, Florida 33602

TYPE OF HEARING: Status Conference on Plaintiff's motion for preliminary injunction (doc. 2)

/s/ Sara S. Whitehead
Sara S. Whitehead
Law Clerk to Honorable Mark A. Pizzo

Date: January 30, 2014