UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:14-cv-00203-T-33MAP

------------------------------------------------------------------------x
GENERATION Z EDUCATION HOLDINGS INC.,     :
                                          :
          Plaintiff,                      :
                                          :
vs.                                       :
                                          :
LANGUAMETRICS, INC.                       :
f/k/a LANGUAMETRICS, LLC,                 :
                                          :
          Defendant.                      :
------------------------------------------------------------------------x

## NOTICE OF SERVICE OF NOTICE OF HEARING [D.E.10]

Plaintiff, Generation Z Education Holdings, Inc., hereby gives notice of service of the *Notice of Hearing* [D.E. 10] which was served via Fed Ex on January 30, 2014, on Defendant, Languametrics, Inc. f/k/a Languametrics, LLC, c/o Registered Agent, Louis R. Montello, 2750 NE 185th Street, Suite 201, Aventura, FL 33180.

Dated:   January 30, 2014          Respectfully submitted,

                                   By: /s/Arlene K. Kline_____
                                       ARLENE K. KLINE
                                       Florida Bar No. 104957
                                       E-mail:  arlene.kline@akerman.com
                                       **AKERMAN LLP**
                                       222 Lakeview Avenue, Suite 400
                                       West Palm Beach, Florida  33401
                                       Telephone:  (561) 653-5000
                                       Facsimile:  (561) 659-6313

                                       --and--

                                       SCOTT T. SILVERMAN
                                       Florida Bar No. 21709
                                       E-mail:  scott.silverman@akerman.com

{27919743;1}

**AKERMAN LLP**
401 E. Jackson Street, Suite 1700
Tampa, FL 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2827

*Of counsel (Pro Hac Vice pending):*

**DEBEVOISE & PLIMPTON LLP**
JEFFREY S. JACOBSON
JYOTIN HAMID
TRICIA B. SHERNO
E-mail: jsjacobs@debevoise.com
E-mail: jhamid@debevoise.com
E-mail: tbsherno@debevoise.com
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Counsel to Plaintiff Generation Z Education Holdings Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 30, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and that a true and correct copy of the foregoing will be served via Fed Ex on Defendant, Languametrics, Inc. f/k/a Languametrics, LLC, c/o Registered Agent, Louis R. Montello, 2750 NE 185th Street, Suite 201, Aventura, FL 33180.

/s/Arlene K. Kline
ARLENE K. KLINE
Florida Bar No. 104957

{27919743;1}