UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GENERATION Z EDUCATION
HOLDINGS, INC.,

      Plaintiff,

v.                                                           Case No. 8:14-cv-00203-T-33MAP

LANGUAMETRICS, INC. f/k/a
LANGUAMETRICS, LLC,.

      Defendant.
_____/

## **ORDER**

This cause comes before the Court on the motions of Tricia B. Sherno, Jeffrey S. Jacobson, and Jyotin Hamid to appear *pro hac vice* (docs. 7, 8, 9). Arlene K. Kline moves the Court to allow Tricia B. Sherno, Jeffrey S. Jacobson, and Jyotin Hamid to appear *pro hac vice* as counsel for Plaintiff with Arlene K. Kline designated as local counsel pursuant to Local Rule 2.02(a). In accordance with Local Rule 2.02(a), Tricia B. Sherno, Jeffrey S. Jacobson, and Jyotin Hamid are directed to pay the requisite fee and participate in electronic filing by registering for CM/ECF and obtaining passwords within twenty-one (21) days of this Order.[1] They are further directed to electronically file a notice of compliance with CM/ECF registration within twenty-one (21) days of this Order. Upon consideration, it is hereby

---

[1] Counsel may obtain a password by accessing the Court's website, located at www.flmd.uscourts.gov, and clicking on CM/ECF. Once counsel has registered for CM/ECF, he/she must also register an email address.

ORDERED:

1. The motions for Tricia B. Sherno, Jeffrey S. Jacobson, and Jyotin Hamid to appear *pro hac vice* (docs. 7, 8, 9) are GRANTED.

DONE AND ORDERED in Tampa, Florida on January 30, 2014.

/s/ Mark A. Pizzo
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE