# VERIFIED RETURN OF SERVICE

STATE OF FLORIDA          UNITED STATES DISTRICT COURT          MIDDLE DISTRICT OF FLORIDA

CASE NUMBER: 8:14-CV-00203-VMC-MAP

PLAINTIFF:
GENERATION Z EDUCATION HOLDINGS INC.
vs.
DEFENDANT:
LANGUAMETRICS, INC., F/K/A LANGUAMETRICS, LLC.,

Pursuant to the request of **ARLENE K. KLINE, ESQ., AKERMAN SENTERFITT**, whose office is located at **222 LAKEVIEW AVENUE SUITE 400, WEST PALM BEACH FL 33401**, ESQ. Legal Support Services, Inc. received this process on **January 29, 2014, at 09:28 AM**.

I, **ALBERT RIVERA**, served same on **LANGUAMETRICS, INC., C/O LOUIS R. MONTELLO, REGISTERED AGENT**, at **2750 NE 185 STREET, STE. 201 AVENTURA, FL 33180** on **JANUARY 28, 2014** at **01:40 PM**.

### CORPORATE SERVICE

By serving a true copy of the **SUMMONS, COMPLAINT MOTION FOR PRELIMINARY INJUNCTION, AND EXHIBIT 1 TO MOTION FOR PRELIMINARY INJUNCTION** with the date and time of service endorsed thereon by me, to: **LOUIS R. MONTELLO** as **REGISTERED AGENT** or any employee of defendant corporation in the absence of any superior officer as defined in Florida Statute, Section 48.081 when defendant's corporation does not keep a registered agent present as required by F.S. Section 48.091.

### ADDITIONAL COMMENTS:

**I ACKNOWLEDGE** that I am authorized to serve process, in good standing, in the jurisdiction wherein this process was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

ALBERT RIVERA, C.P.S. # 1921
*ESQ. Legal Support Services, Inc.*
*9737 NW 41 Street, Ste. 444*
*Miami, FL 33178*
*305-460-8077*