UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:14-cv-00203-T-33MAP

------------------------------------------------------------------------x
GENERATION Z EDUCATION HOLDINGS INC.,                :
                                                     :
          Plaintiff,                                :
                                                     :
vs.                                                  :
                                                     :
LANGUAMETRICS, INC.                                  :
f/k/a LANGUAMETRICS, LLC,                            :
                                                     :
          Defendant.                                :
------------------------------------------------------------------------x

## PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE

Plaintiff, Generation Z Education Holdings, Inc. ("Generation Z"), respectfully requests that this Court allow undersigned counsel, Arlene K. Kline of Akerman LLP and co-counsel Jyotin Hamid of Debvoise & Plimpton LLP, to appear telephonically at the Status Conference scheduled for February 7, 2014, at 10:30 a.m., and as grounds states:

1.  On January 30, 2014, this court set a Status Conference on February 7, 2014 at 10:30 a.m. [D.E. 10].

2.  Lead Local Counsel for Generation Z is located in West Palm Beach, Florida and lead national co-counsel resides in New York, New York.

3.  As such, Generation Z would incur significant expense for counsel to travel to and from the Status Conference to appear in person.

4.  Counsel for Generation Z respectfully requests that this Court allow Arlene K. Kline and Jyotin Hamid to appear telephonically at the Status Conference.

{27989797;2}

5. While Defendant was served with Notice of the Status Conference [D.E. 11] on January 30, 2014, Plaintiff's Counsel has yet to be contacted by counsel for Defendant. As such, undersigned counsel was not able to confer regarding this Motion to Appear Telephonically. Should an appearance of counsel for Defendant be filed prior to the Status Conference, undersigned counsel will confer regarding this Motion and file the appropriate notice with the Court.

WHEREFORE, Generation Z Education Holdings, Inc., respectfully requests that this Court enter an Order permitting Generation Z's counsel, Arlene K. Kline, Esq. and Jyotin Hamid, Esq. to appear by telephone at the Status Hearing on February 7, 2014 at 10:30 a.m.

Dated:   February 3, 2014          Respectfully submitted,

By: /s/Arlene K. Kline
ARLENE K. KLINE
Florida Bar No. 104957
E-mail:  arlene.kline@akerman.com
**AKERMAN LLP**
222 Lakeview Avenue, Suite 400
West Palm Beach, Florida  33401
Telephone:  (561) 653-5000
Facsimile:  (561) 659-6313

--and--

SCOTT T. SILVERMAN
Florida Bar No. 21709
E-mail:  scott.silverman@akerman.com
**AKERMAN LLP**
401 E. Jackson Street, Suite 1700
Tampa, FL 33602
Telephone:  (813) 223-7333
Facsimile:  (813) 223-2827

*Of counsel (Admitted Pro Hac Vice):*

**DEBEVOISE & PLIMPTON LLP**

JEFFREY S. JACOBSON
JYOTIN HAMID
TRICIA B. SHERNO
E-mail:  jsjacobs@debevoise.com
E-mail:  jhamid@debevoise.com
E-mail:  tbsherno@debevoise.com
919 Third Avenue
New York, New York 10022
Telephone:  (212) 909-6000
Facsimile:  (212) 909-6836

*Counsel to Plaintiff Generation Z Education Holdings Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 3, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and that a true and correct copy of the foregoing will be served via U.S. Mail on Defendant, Languametrics, Inc. f/k/a Languametrics, LLC, c/o Registered Agent, Louis R. Montello, 2750 NE 185th Street, Suite 201, Aventura, FL 33180.

/s/Arlene K. Kline
ARLENE K. KLINE
Florida Bar No. 104957