UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - GENERAL**

═══════════════════════════════════════════════════════════════════════════════

CASE NO. 8:14-cv-00203-T-33MAP        DATE   February 7, 2014

TITLE   Generation Z Education Holdings, Inc. v. Languametrics, Inc.

TIME  10:30 a.m. - 10:40 a.m.         TAPE   digital

HONORABLE MARK A. PIZZO, U.S. MAGISTRATE JUDGE

Courtroom Deputy:      Sara Whitehead

Court Reporter:   n/a

═══════════════════════════════════════════════════════════════════════════════

Attorney for Plaintiff:                Attorney for Defendant:

Arlene Kline                           William Jung
Jyotin Hamid

PROCEEDINGS:     Status Hearing on Plaintiff's motion for preliminary injunction (doc. 2)

\* The Court heard arguments from the parties

\* The Court ordered Defendant to respond to Plaintiff's motion for preliminary injunction by February 17, 2014.

\* The Court will hold a hearing on Plaintiff's motion for preliminary injunction on March 3, 2014 at 9:30 a.m.