UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GENERATION Z EDUCATION
HOLDINGS, INC.,

    Plaintiff,

v.                                    Case No. 8:14-cv-00203-T-33MAP

LANGUAMETRICS, INC. f/k/a
LANGUAMETRICS, LLC,.

    Defendant.
_____/

**ORDER**

Upon consideration of the parties arguments at the status hearing on Plaintiff's motion for preliminary injunction (doc. 2), it is hereby

ORDERED:

1. Defendant's deadline to respond to Plaintiff's motion for preliminary injunction is February 17, 2014.

2. In accordance with Local Rule 4.06, the Court will hold a hearing on Plaintiff's motion for preliminary injunction on March 3, 2014, at 9:30 a.m. in Courtroom 11B, United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602.

DONE and ORDERED at Tampa, Florida on February 7, 2014.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE