# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

GENERATION Z EDUCATION
HOLDINGS, INC.,

    Plaintiff,

v.                                        Case No: 8:14-cv-203-T-33MAP

LANGUAMETRICS, INC.,

    Defendant.

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__   IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
                         Generation Z Education Holdings Inc. v. Paul Wang Lanzhu,
                         Case 2:14-cv-00831-R-RZ (C.D. Cal.)

_____   IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:  February 10, 2014

/s/ Jyotin Hamid
_____
Counsel of Record or *Pro Se* Party
   [Address and Telephone]

Admitted *Pro Hac Vice*
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
(212) 909-1031
(212) 909-6836
jhamid@debevoise.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and that a true and correct copy of the foregoing has been furnished by CM/ECF to all counsel of record.

/s/ Jyotin Hamid
JYOTIN HAMID
Admitted *Pro Hac Vice*
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022
(212) 909-1031
(212) 909-6836
jhamid@debevoise.com