# EXHIBIT 1

FILED
2014 FEB -3 PM 3:33
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY____

1  DANIEL G. MURPHY (SBN 141006)
   dmurphy@loeb.com
2  AURELE A. DANOFF (SBN 253043)
   adanoff@loeb.com
3  LOEB & LOEB LLP
   10100 Santa Monica Blvd., Suite 2200
4  Los Angeles, CA 90067
   Telephone: 310.282.2000
5  Facsimile: 310.282.2200

6  JEFFREY S. JACOBSON (*PRO HAC VICE* TO BE FILED)
   jsjacobs@debevoise.com
7  JYOTIN HAMID (*PRO HAC VICE* TO BE FILED)
   jhamid@debevoise.com
8  TRICIA B. SHERNO (*PRO HAC VICE* TO BE FILED)
   tbsherno@debevoise.com
9  DEBEVOISE & PLIMPTON LLP
   919 Third Avenue
10 New York, New York 10022
   Telephone: 212.909.6000
11 Facsimile: 212.909.6836

12
   Attorneys for Plaintiff
13 GENERATION Z EDUCATION
   HOLDINGS INC.
14

15                UNITED STATES DISTRICT COURT
16                CENTRAL DISTRICT OF CALIFORNIA
17
   GENERATION Z EDUCATION        )  Case No.: CV14-831 R (RZx)
18 HOLDINGS INC.,                )
                                 )
19        Plaintiff,             )  **NOTICE OF INTERESTED**
                                 )  **PARTIES**
20        v.                     )
                                 )
21 PAUL WANG LANZHU,             )
                                 )
22        Defendant.             )
                                 )
23 _____  )

24

25        The undersigned, counsel of record for plaintiff Generation Z Education
26 Holdings Inc., certifies that the following listed parties may have a pecuniary
27
28

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

LA2345889.1
666666-66666                                    NOTICE OF INTERESTED PARTIES

interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Generation Z Education Holdings Inc.
2. Defendant Paul Wang Lanzhu
3. Affiliate of Plaintiff, Rise Global Education Management Ltd.
4. Affiliate of Plaintiff, RISE China
5. Parent company of Plaintiff, Madigan Limited, an entity formed under the laws of Ireland, indirectly owned by Mr. & Mrs. Barry O'Callaghan.

Dated: February 3, 2014

LOEB & LOEB LLP
DANIEL G. MURPHY
AURELE A. DANOFF

DEBEVOISE & PLIMPTON LLP

By: _____
Aurele A. Danoff
Attorneys for Plaintiff
GENERATION Z EDUCATION HOLDINGS INC.

LA2345889.1
666666-66666

2    NOTICE OF INTERESTED PARTIES