UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

GENERATION Z EDUCATIONAL HOLDINGS, INC.,

Plaintiff

v.                                                      No. 8:14-cv-00203-VMC-MAP

LANGUAMETRICS, INC. fka LANGUAMETRICS, LLC.,

Defendant

_____/

DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Comes now defendant, through counsel, and files this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1.   Defendant has no parent corporation and no publicly held corporation owns 10% or more of defendant.

CERTIFICATE OF SERVICE:  I HEREBY CERTIFY that the foregoing was served this 17th day of February, 2014 to all persons participating in the ecmf filing system.

RESPECTFULLY SUBMITTED,

*/s/ William F. Jung,* Fla. Bar No. 380040

Jung & Sisco, P.A.

101 E. Kennedy Blvd., Suite 3920

Tampa, Fl. 33602

(813) 225-1988

wjung@jungandsisco.com