## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA

### Case No.: 8:14-cv-00203-VMC-MAP

------------------------------------------------------------------------x
GENERATION Z EDUCATION HOLDINGS, INC., :
:
                Plaintiff, :
:
vs. :
:
LANGUAMETRICS, INC. :
F/K/A LANGUAMETRICS, LLC, :
:
                Defendant. :
------------------------------------------------------------------------x

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Generation Z Education Holdings, Inc. ("Generation Z"), by and through its undersigned counsel, hereby submits the following Corporate Disclosure Statement.

Generation Z is a wholly-owned subsidiary of Madigan Limited, a company organized under the laws of Ireland. No publicly-held corporation owns 10% or more of the stock of Generation Z.

Dated: February 18, 2014

                                                Respectfully submitted,

                                                /s/ Arlene K. Kline
                                                ARLENE K. KLINE
                                                Florida Bar No. 104957
                                                Akerman LLP
                                                222 Lakeview Avenue, Suite 400
                                                West Palm Beach, Florida  33401
                                                Telephone:  (561) 653-5000
                                                Facsimile:  (561) 659-6313
                                                arlene.kline@akerman.com

                                                /s/ Tricia B. Sherno
                                                TRICIA B. SHERNO

>Admitted *Pro Hac Vice*
>Debevoise & Plimpton LLP
>919 Third Avenue
>New York, NY  10022
>Telephone:  (212) 909-6717
>Facsimile:  (212) 521-8717
>tbsherno@debevoise.com
>
>*Counsel to Plaintiff Generation Z Education Holdings, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 18, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and that a true and correct copy of the foregoing has been furnished by CM/ECF to all counsel of record.

/s/ Tricia B. Sherno
TRICIA B. SHERNO
Admitted *Pro Hac Vice*
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022
Telephone:  (212) 909-6717
Facsimile:  (212) 521-8717
tbsherno@debevoise.com