## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA

### Case No.: 8:14-cv-00203-VMC-MAP

---------------------------------------------------------------------x
GENERATION Z EDUCATION HOLDINGS, INC.,  :
:
            Plaintiff/Counterclaim Defendant,  :
:
vs.  :
:
LANGUAMETRICS, INC.  :
F/K/A LANGUAMETRICS, LLC,  :
:
            Defendant/Counterclaim Plaintiff.  :
---------------------------------------------------------------------x

### **NOTICE OF COMPLIANCE**

Pursuant to the Court's January 30, 2014 Order (Doc. No. 12), Tricia B. Sherno, appearing *pro hac vice* as counsel for Plaintiff/Counterclaim Defendant with Arlene K. Kline designated as local counsel, hereby provides notice to the Court that she has registered for CM/ECF in compliance with Local Rule 2.02(a).

Dated:  February 19, 2014

                                            Respectfully submitted,

                                            /s/ Tricia B. Sherno
                                            TRICIA B. SHERNO
                                            Admitted *Pro Hac Vice*
                                            Debevoise & Plimpton LLP
                                            919 Third Avenue
                                            New York, NY  10022
                                            (212) 909-6717
                                            (212) 521-8717
                                            tbsherno@debevoise.com

                                            *Counsel to Plaintiff/Counterclaim*
                                            *Defendant Generation Z Education*
                                            *Holdings, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and that a true and correct copy of the foregoing has been furnished by CM/ECF to all counsel of record.

/s/ Tricia B. Sherno
TRICIA B. SHERNO
Admitted *Pro Hac Vice*
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022
(212) 909-6717
(212) 521-8717
tbsherno@debevoise.com