# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

Case No.: 8:14-cv-00203-VMC-MAP

---------------------------------------------------------------------------x
GENERATION Z EDUCATION HOLDINGS, INC.,  :
:
              Plaintiff/Counterclaim Defendant,  :
:
vs.  :
:
LANGUAMETRICS, INC.  :
F/K/A LANGUAMETRICS, LLC,  :
:
              Defendant/Counterclaim Plaintiff.  :
---------------------------------------------------------------------------x

## NOTICE OF COMPLIANCE

Pursuant to the Court's January 30, 2014 Order (Doc. No. 12), Jeffrey S. Jacobson, appearing *pro hac vice* as counsel for Plaintiff/Counterclaim Defendant with Arlene K. Kline designated as local counsel, hereby provides notice to the Court that he has registered for CM/ECF in compliance with Local Rule 2.02(a).

Dated: February 19, 2014

                                          Respectfully submitted,

                                          /s/ Jeffrey S. Jacobson_____
                                          JEFFREY S. JACOBSON
                                          Admitted *Pro Hac Vice*
                                          Debevoise & Plimpton LLP
                                          919 Third Avenue
                                          New York, NY 10022
                                          (212) 909-6479
                                          (212) 521-7479
                                          jsjacobs@debevoise.com

                                          *Counsel to Plaintiff/Counterclaim*
                                          *Defendant Generation Z Education*
                                          *Holdings, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and that a true and correct copy of the foregoing has been furnished by CM/ECF to all counsel of record.

/s/ Jeffrey S. Jacobson
JEFFREY S. JACOBSON
Admitted *Pro Hac Vice*
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022
(212) 909-6479
(212) 521-7479
jsjacobs@debevoise.com