UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

GENERATION Z EDUCATIONAL HOLDINGS, INC.,

    Plaintiff

v.                                                          No. 8:14-cv-00203-VMC-MAP

LANGUAMETRICS, INC. fka LANGUAMETRICS, LLC.,

    Defendant

_____/

DEFENDANT'S RESPONSE TO MOTION FOR REPLY, DOCKET 29

1. Magistrate Judge Pizzo considered plaintiff's request to reply at the February 7, 2014 status conference. The Court ruled after discussing the matter, and denied leave to reply. This is an untimely motion for reconsideration 18 days later, but three week days before the hearing. The present motion fails to mention the Court's prior ruling, which was exactly on this point

2. Local Rules plainly prohibit this reply. Local Rule 4.06(2) requires all filings in support of the motion to be filed with the motion. Even if plaintiff were *opposing* the motion, any filing now would be out of time. Local Rule 4.06(3).

3. Fed. R. Civ. P. 6(c)(2) plainly prohibits this reply.

CERTIFICATE OF SERVICE: I HEREBY CERTIFY that the foregoing was served this 25th day of February, 2014 to all persons participating in the ecmf filing system.

                                                 RESPECTFULLY SUBMITTED

                                                 */s/ William F. Jung,* Fla. Bar No. 380040

                                                 Jung & Sisco, P.A.

                                                                              101 E. Kennedy Blvd., Suite 3920

                                                                                Tampa, Fl. 33602

                                                                                (813) 225-1988

                                                                                wjung@jungandsisco.com