UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - GENERAL**

---

CASE NO.  8:14-cv-00203T-33MAP          DATE       3/3/14

TITLE   Generation Z Educational Holdings, Inc. v. Languametrics, Inc.

TIME  9:35 a.m. - 10:30 a.m.    TAPE   Digital

HONORABLE MARK A. PIZZO, U.S. MAGISTRATE JUDGE

Courtroom Deputy:  Sara Whitehead

Court Reporter:        Melissa Pierson

---

Attorney(s) for Plaintiff(s):              Attorney(s) for Defendant(s):

Arlene Kline                                William Jung

Jyotin Hamid


PROCEEDINGS: Hearing on Plaintiff's motion for preliminary injunction (doc. 2)


\* The Court heard arguments from the parties.

\* The Court will take the motion under advisement


ADJOURNED